Hyman Dreeben, Respondent, v. William Rankin, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of Proving the Last Will and Testament of Margretta Todd, Deceased. Rosalie Tousey, Appellant; Ingersoll Lockwood and Others, Respondents.— Decree affirmed, with costs. No opinion. (Ingraham, J., dissenting.) Order filed.

Utica Heater Company, Appellant, v. William Schuster, Respondent.— Judgment and order affirmed, with costs. No opinion. Order filed.

William J. Downs, Appellant, v. Metropolitan Street Railway Company, Respondent.— Order affirmed, with costs. No opinion. Order filed.

Patrick Casey, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

La Compagnie Generale Transatlantique, Respondent, v. Frank Zotti, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Shepard N. Edmonds, Respondent, v. Joseph W. Stern and Edward B. Marks, Appellants, Impleaded with John B. Lord, as Trustee in Bankruptcy of Howley, Haviland & Dresser, Bankrupts.— Judgment affirmed, with costs. No opinion. Order filed.

Harry M. Smith, Respondent, v. Thomas Kirkwood, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Charles R. Tyler, Appellant, v. Melanie F. de Biefore, Also Known as Melanie F. Matull, Also Known as Melanie F. Jaeger, Respondent.— Judgment affirmed, with costs. No opinion. (Clarke, J., dissenting.) Order filed.

Harry J. Hearn, Respondent, v. Charles A. Stevens & Bro., Appellant.— Judgment and order affirmed, with costs on 111 Appellate Division, 101. Order filed.

Jennie D. Wheeler, Respondent, v. D. Noble Rowan, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

George Gueutal, Second, and Others, Appellants, v. Adele Gueutal and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs on 113 Appellate Division, 310. Order filed.

L. George' Forgotston, Appellant, v. German Grob & Son, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of the Probate of a Paper Alleged to Be the Last Will and Testament of David Goldsticker, Deceased. Alexander Brough, Appellant; Louis Goldsticker and Martin Goldsticker, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Joseph L. Baum, Appellant, v. Edmond J. Butler, Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles M. Preston, as Receiver of New York Building-Loan Banking Company, Appellant, v. Lemuel J. Arthur and Others, Impleaded with Franklin C. Albee and Others, Respondents. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles M. Preston, as Receiver of New York Building-Loan Banking Company, Appellant, v. Lemuel J. Arthur and Others, Impleaded with Franklin C. Albee and Kate A. Albee, His Wife, Respondents. (Action No. 2) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles M. Preston, as Receiver of New York Building-Loan Banking Company, Appellant, v. Lemuel J. Arthur and Others, Impleaded with Mary E. Arthur, Respondent. (Action No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Charles M. Preston, as Receiver of New York Building-Loan Banking Company, Appellant, v. Lemuel J. Arthur and Others, Impleaded with Mary E. Arthur, Respondent. (Action No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Sidney S. Hoag, Respondent, v. James E. Reynolds, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

William R. Bohmert and John H. Murphy, Respondents, v. Tower Manufacturing and Novelty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Maggie Cordona, as Administratrix, etc., of Fioro Cordona, Deceased, Appellant, v. Pierre Aguado, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.